GOLDSTEIN BOOK AND STATIONERY COMPANY, INCORPORATED, Appellant, v. WAGNER MOTOR CAR COMPANY, Respondent.— Judgment of County Court reversed on the law and facts and judgment of City Court of Rochester affirmed, with costs to appellant in all courts, upon the ground that the judgment of the City Court of Rochester was not " contrary to the evidence " and that no reversible error appears in the record. (Rochester City Charter [Laws of 1921, chap. 525],

§ 522; *Card* v. *Frost Gas Company*, 219 App. Div. 861.) All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.